UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MARIO YOUNG # 252247 | ) | |
| | ) | |
| v. | ) | NO. 2:04-CV-394 |
| | ) | |
| ROGER D. BAILEY, BILL POPE, | ) | |
| T. BURRESS and R. POWERS | ) | |

### **ORDER**

In accordance with the accompanying memorandum and order, this state prisoner's pro se civil rights action under 42 U.S.C. § 1983 is DISMISSED without prejudice for failure to exhaust available administrative remedies. 42 U.S.C. § 1997e. The Court finds that any appeal taken in this matter would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    ENTER:

        s/Thomas Gray Hull
       THOMAS GRAY HULL
        SENIOR U. S. DISTRICT JUDGE